No. 433. NEW YORK CENTRAL RAILROAD COMPANY *v.* MIDDLEPORT GAS & ELECTRIC LIGHT COMPANY. Petition for a writ of certiorari to the Supreme Court of the State of New York. November 20, 1922. The petition for cer-

tiorari in this case was denied on the ground that it was not filed in time. Petitioner now moves for a rehearing on the ground that its petition arrived in the Clerk's office on the afternoon of the day before it was filed, in seasonable time. Without considering or deciding this question the Court has examined the petition on its merits and denies it. *Mr. Maurice C. Spratt* for petitioner. *Mr. Edward H. Letchworth* for respondent. [See *ante*, 724.]